IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TERRELL ANTONIO WILLIAMS, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 5:11-CV-35(MTT) |
| STATE OF GEORGIA, | ) |
| Respondent. | ) |

## ORDER

Petitioner **TERRELL ANTONIO WILLIAMS** filed a "Motion Requesting For Sentence Reduction." In the motion, he appeared to challenge the computation and execution of his sentence. The Court, therefore, construed the motion as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

In an Order dated February 14, 2011, the Court ordered Petitioner to submit the required Section 2241 forms and either pay the $5.00 filing fee or request to proceed *in forma pauperis*. Petitioner was given until February 28, 2011 to comply and was informed that failure to respond would result in dismissal of his action.

Petitioner has not responded to the Court's February 14, 2011 Order. Because of his failure to comply with the Court's instructions, Petitioner's claims are hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 8th day of March, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

lnb